MANUEL ROSE *vs.* STANDARD OIL COMPANY OF NEW YORK, INC.*

SAME *vs.* SOCONY–VACUUM CORPORATION.

JOSEPH ROCHA *vs.* SAME.

NOVEMBER 6, 1936.

PRESENT: Flynn, C. J., Moss, Capotosto, Baker, and Condon, JJ.

*See case reported in 56 R. I. 272.

PER CURIAM. After the filing of our opinion the Standard Oil Company of New York, Inc., and the Socony-Vacuum Corporation, by leave of court, filed a motion for a reargument of these cases. We have considered the motion and find that it does not set forth any sufficient reason or reasons why there should be a reargument of these cases.

The motion for a reargument is therefore denied and dismissed.

*William A. Needham, Albert A. Baker, Baker & Spicer,* for petitioners.

*Francis I. McCanna, Edward M. McEntee, Lee & McCanna,* for respondents.